

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00057-CR

| | | |
|---|---|---|
| NIRAJ SHARMA, Appellant | § | On Appeal from County Criminal Court No. 2 |
| | § | of Denton County (CR-2022-06089-B) |
| V. | § | December 5, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel